**Order entered November 22, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00331-CR

### BENITO PENA JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-81691-2015

## ORDER

We **GRANT** the appellant's November 21, 2016 third motion to extend time to file his brief

and **ORDER** the brief received on November 21, 2016 filed as of the date of this order.

/s/    ADA BROWN
       JUSTICE